# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00656-CV

### In re Ciro Rivera

### ORIGINAL PROCEEDING FROM CALDWELL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Ciro Rivera's Motion for Temporary Relief and his Petition for Writ of Mandamus are denied.

_____

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed:   November 27, 2007